UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-22002-Civ-COOKE/O'SULLIVAN

GISELA REYES,

    Plaintiff,

vs.

AMERICAN GIFT CORPORATION,

    Defendant.

_____/

### ORDER ADMINISTRATIVELY CLOSING CASE UPON NOTICE OF SETTLEMENT

THIS MATTER is before the Court on the notice of settlement (ECF No. 17). The parties have amicably resolved this matter. Accordingly, this case will now be administratively closed pending the Plaintiff filing a notice of dismissal, or the parties filing a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A).

If the parties file a stipulation of final dismissal and desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they ***must condition the effectiveness of the stipulation*** on this Court's entry of an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). A notice of dismissal, or a stipulation of dismissal must be filed within 30 days of this Order. The Clerk will *administratively* **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, Miami, Florida, this 16th day of December 2021.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies provided to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of Record*