UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-22002-MGC

GISELA REYES,

        Plaintiff,

v.

AMERICAN GIFT CORPORATION

        Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, GISELA REYES, and Defendant, AMERICAN GIFT CORPORATION, through their respective undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of this entire action, with prejudice, each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| Peregonza the Attorneys, PLLC<br>1414 NW 107th Avenue, Suite 302<br>Doral, Florida 33172<br>Tel: (786) 650-0202 / Fax: (786) 650-0200<br>E-mail: Nathaly@PereGonza.com<br><br>*/s/* **Nathaly Saavedra**<br>Nathaly Saavedra, Esq. (FBN: 118315)<br>*Attorneys for Plaintiff, GISELA REYES* | McGuinness & Cicero<br>1000 Sawgrass Corporate Pkwy., Suite 590<br>Sunrise, Florida 33323<br>Tel: (954) 838-8832 / Fax: (954) 838-8842<br>Email: absuarez@mc-atty.com<br><br>**/s/ Arianne B. Suarez**<br>Arianne B. Suarez, Esquire (FBN: 143529)<br>*Attorneys for Defendant, AMERICAN GIFT CORPORATION* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 14, 2022, I electronically filed the foregoing through the CM/ECF system and also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

              By: /s/Arianne B. Suarez
                 Arianne B. Suarez, Esquire
                 Florida Bar No: 143529

**SERVICE LIST**

Nathaly Saavedra, Esq.
Peregonza the Attorneys, PLLC
1414 NW 107th Avenue, Ste 302
Doral, Forida 33172
E-mail: Nathaly@PereGonza.com
*Attorneys for Plaintiff, Gisela Reyes*
Via Notices of Electronic Filing generated by CM/ECF

                                      By: /s/Arianne B. Suarez
                                          Arianne B. Suarez, Esquire
                                          Florida Bar No: 143529